**Order filed, November 03, 2015.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-15-00890-CV

—————————

## IN THE ESTATE OF EUGENE FROST, DECEASED, Appellant

---

### On Appeal from the Probate Court
### Galveston County, Texas
### Trial Court Cause No. PR-0075472

---

### ORDER

The reporter's record in this case was due **October 19, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **John Partain**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM